IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAMES HILL                                                                          PLAINTIFF

V.                              CASE NO.: 5:14-CV-5286

DEPUTY GRAHAM ROBINSON, Washington
County Detention Center (WCDC); DEPUTY
KYLE MORRIS, WCDC; JENNIFER LAUB,
Director, Aramark at the WCDC                                                       DEFENDANTS

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 26) filed in this case on September 3, 2015, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Separate Defendant Deputy Robinson's Motion to Dismiss (Doc. 23) is **GRANTED** and Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**, pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the Court's Order and failure to prosecute.

IT IS SO ORDERED on this 9th day of October, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE